UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

Michael C. McGowan,
Plaintiff

v.                                          Civil No.  05-1369 T An

Cheryl Warren,
Defendant.

---

## ORDER SUBSTITUTING UNITED STATES AS A DEFENDANT

---

The United States has moved that it be substituted for the defendant Cheryl Warren and that Cheryl Warren be dismissed from this action.  It appears to the Court that, under 28 C.F.R. § 15.3, the United States Attorney has properly certified that Cheryl Warren, as an employee of the United States Postal Service, was acting within the scope of her employment when the allegations in this case arose and that the United States of America should be substituted as the proper defendant.  Accordingly, the motion is granted.

IT IS THEREFORE ORDERED that the United States is substituted as defendant in this action, and that Cheryl Warren is hereby dismissed from this action.

JAMES D. TODD, JUDGE
UNITED STATES DISTRICT COURT

Date: 12 December 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___12-14-05___

③

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CV-01369 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

Kenneth Todd
Carroll County Chancery Court
Carroll County Courthouse
Huntingdon, TN 38344

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephen L. Hughes
LAW OFFICE OF STEPHEN L. HUGHES
P.O. Box 320
Milan, TN 38358

Honorable James Todd
US DISTRICT COURT